# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Starbucks Corporation**, a Washington Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No. 2:18-cv-02460-KJM-KJN<br><br>**ORDER** |

　　　Having read the foregoing joint stipulation, and finding good cause, this case is stayed pending the outcome of plaintiff's appeal. Within 14 days of a resolution of the appeal in Scott Johnson v. Blackhawk Centercal, LLC, et al., 3:17-cv-02454-WHA, the parties shall submit a Joint Status Report reporting all issues, if any, remaining in this matter.  Accordingly, plaintiff's motion to stay, ECF No. 18, is rendered moot, and the July 12, 2019 motion hearing is vacated.

　　　**IT IS SO ORDERED**.

DATED:  June 20, 2019.

_____
UNITED STATES DISTRICT JUDGE