UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, | No. 2:18-cv-02460-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Starbucks Corporation, et al., | |
| Defendants. | |

On May 26, 2021, the parties stipulated to the dismissal of this action without prejudice, and this court dismissed the action without prejudice by minute order on June 1, 2021. *See* Stip., ECF No. 30; Min. Order, ECF No. 31.  On June 17, 2021, the parties filed a stipulation for dismissal with prejudice, ECF No. 32, which the court construes as an unopposed motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e).  The motion so construed is **granted**.  This action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 9, 2021.

CHIEF UNITED STATES DISTRICT JUDGE